**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-25-00257-CV**
_____

**IN THE INTEREST OF A. S.**

**On Appeal from the County Court at Law No. 3**
**Montgomery County, Texas**
**Trial Cause No. 24-06-09117**

**MEMORANDUM OPINION**

Appellant S.S., whose child is the subject of the underlying suit, filed an unopposed motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1). Appellant filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See id*. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on September 17, 2025
Opinion Delivered September 18, 2025

Before Johnson, Wright and Chambers, JJ.